UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Andrea J. Nussinow, | Case No.: 1:19-cv-00332-FJS-CFH |
| vs  *Plaintiff(s)* | Date Filed: 03/18/2019<br>Client's File No.:<br>Court/Return Date: |
| County of Columbia, et. al., | |
| *Defendant(s)* | |

STATE OF NEW YORK, COUNTY OF ULSTER, SS.:

## AFFIDAVIT OF SERVICE

**Richard Lorberer, Jr.**, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On **March 25, 2019**, at **9:49 AM** at **15 North 6th Street, Hudson, NY 12534**, Deponent served the within Summons in a Civil Action and Complaint, Civil Cover Sheet, Notice of Filing Order, General Order # 25 of the U.S. District Court for the Northern District of New York, Civil Case Management Plan, Case Assignment Form, Consent to the Exercise of Civil Jurisdiction by a Magistrate Judge, with Notice and Reference of a Civil Action to a Magistrate Judge and Notice to Parties of Court-Directed Mandatory Mediation Program

On: **County of Columbia**, Defendant therein named, (hereinafter referred to as "subject").

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is subject's:[] actual place of business / employment [] dwelling house / usual place of abode / last-known residence within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects
[] actual place of business / employment  [] dwelling house / usual place of abode /  last-known residence within the state. I was unable with due diligence to find subject thereat, having attempted personal delivery on:

☒ **#4 AUTHORIZED AGENT**
By delivering thereat a true copy of each personally to **PJ Keeler**, which person is the **County Treasurer** thereof, an agent duly authorized to accept service on behalf thereof.

☐ **#5 MAILING**
On , service was completed by mailing a true copy of above document(s) to the above address in a first-class, postpaid, properly addressed envelope marked "Personal and Confidential" , from a depository under the exclusive care and custody of the United States Post Office in the State of New York, or, if not served in New York State, within the State in which the service occurred.

☐ An additional mailing was completed to the address above by certified mail. Certified mailing #

☒ **#6 APPROXIMATE DESCRIPTION**
Sex: Male    Skin/Race: White   Color of hair: Gray   Age: 55-60
Height: 5/7-5/9    Weight: 170-180    Other Features:

☐ **#7 MILITARY SERVICE:** Upon information and belief, subject is not active in the U.S. Military Service in any capacity.  No specific active military information was provided by recipient when questioned during service, and/or non-military status was confirmed through records of the U.S. Dept. Of Defense or otherwise known to and/or verified by me, and I received no indication  during completion of this service that subject is active military.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☒ **#9 OTHER**
Signature of recipient was obtained and is on file.

Sworn to before me on March 27, 2019

Catherine Lynch (Reg. #01LY6383218)
*Notary Public, State of New York*
*Qualified in Ulster County*
*Commission Expires 11/13/2022*

Richard Lorberer, Jr.

*RONDOUT LEGAL SERVICES, INC., PO BOX 4115, KINGSTON, NY 12402 (TEL.: 845-331-6029)*