UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ANDREA J. NUSSINOW,

                Plaintiff,

   -against-

COUNTY OF COLUMBIA, RONALD PEREZ, as
President of Columbia-Greene Humane Society, Inc.
and in his individual capacity, LEE DELISLE, as
Chief Investigator for the Columbia-Greene Humane
Society, Inc. and in his individual capacity, and
COLUMBIA-GREENE HUMANE SOCIETY, INC.,
doing business as the Columbia-Greene Humane Society/SPCA,

                Defendants.

**NOTICE OF APPEARANCE**

Civil Case No.: 1:19-**cv**-332

(FJS/CFH)

---

TO:    The Clerk of the Court and All Parties of Record:

     I am admitted to practice in this Court, and I appear in this case as counsel of record for defendant County of Columbia, New York

Dated: April 18, 2019

MURPHY BURNS LLP

By: _/s/ Thomas K. Murphy_
Thomas K. Murphy, Esq.
Bar Roll No.: 505396
Attorneys for Defendant
407 Albany Shaker Road
Loudonville, New York 12211
Telephone: 518-690-0096
E-mail: tmurphy@murphyburnslaw.com

TO:   MANSFIELD, GAUTIER & ROSENTHAL, LLP
        Attorneys for Plaintiff
        Attn: Lisa Rosenthal, Esq.
        P.O. Box 3
        55 Old Post Road North
        Red Hook, New York 12571