UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ANDREA J. NUSSINOW,

                      Plaintiff,

-v-

COUNTY OF COLUMBIA, RONALD PEREZ, as
President of Columbia-greene Humane Society, Inc.
and in his individual capacity, LEE DELISLE, as
Chief Investigator for the Columbia-Greene Humane
Society, Inc. and in his individual capacity, and
COLUMBIA-GREENE HUMANE SOCIETY, INC.,
doing business as the Columbia-Greene Humane Society/SPCA,

                      Defendants.

**CERTIFICATE OF SERVICE**
Civil Case No.: 1:19-**cv**-332

(FJS/CFH)

---

      I hereby certify that on April 18, 2019, I electronically filed a Notice of Appearance on behalf of defendant, County of Columbia in the above-captioned matter with the Clerk of the District Court, using the CM/ECF system which sent notification of such filing to the following:

                      MANSFIELD, GAUTIER & ROSENTHAL, LLP
                      Attorneys for Plaintiff, Andrea J. Nussinow
                      Attn: Lisa Rosenthal, Esq.
                      Bar Roll No.: 700844
                      P.O. Box 3
                      55 Old Post Road North
                      Red Hook, New York 12571
                      E-mail: rosenthal@mgrlawyer.com

                      MURPHY BURNS LLP

                      By: _____
                            Thomas K. Murphy
                            Bar Roll No. 505396
                      Attorneys for Defendant, County of Columbia
                      407 Albany Shaker Road
                      Loudonville, New York 12211
                      Telephone: 518-690-0096
                      E-mail: tmurphy@murphyburnslaw.com