UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ANDREA J. NUSSINOW,

                Plaintiff,                **STIPULATION**

     -against-                      Civil Case No.: 1:19-cv-332

COUNTY OF COLUMBIA, et al.           (FJS/CFH)

                Defendants.
_____

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for plaintiff and defendant County of Columbia, that the time for defendant County of Columbia to answer or move with respect to the Complaint (Dkt.No.1) shall be extended until May 17, 2019.

Dated: April 17, 2019         MURPHY BURNS LLP

                                    By: _____
                                         Thomas K. Murphy, Esq.
                                         Bar Roll No.: 505396
                                    Attorneys for Defendants
                                    407 Albany Shaker Road
                                    Loudonville, New York 12211
                                    Telephone: 518-690-0096
                                    Email: tmurphy@murphyburnslaw.com

Dated: April 17, 2019         MANSFIELD, GAUTIER & ROSENTHAL LLP

                                    By: _____
                                         Lisa Rosenthal, Esq.
                                         Bar Roll No.: 700844
                                    Attorneys for Plaintiff
                                    55 Old Post Road North
                                    Red Hook, New York
                                    Telephone: 845-876-1086
                                    Email: rosenthal@mgrlawyer.com

Dated:_____, 2019

_____, New York

SO ORDERED:

_____
Hon. Frederick J. Scullin, Jr.
United States District Court
Northern District of New York