UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ANDREA J. NUSSINOW,

                        Plaintiff,                **CERTIFICATE OF SERVICE**

    -against-                              Civil Case No.: 1:19-cv-332

COUNTY OF COLUMBIA, RONALD PEREZ, as      (FJS/CFH)
President of Columbia-Greene Humane Society, Inc.
and in his individual capacity, LEE DELISLE, as
Chief Investigator for the Columbia-Greene Humane
Society, Inc. and in his individual capacity, and
COLUMBIA-GREENE HUMANE SOCIETY, INC.,
doing business as the Columbia-Greene Humane
Society/SPCA,

                        Defendants.

---

      I hereby certify that on April 18, 2019, I electronically filed a Stipulation on behalf of defendant County of Columbia in the above-captioned matter with the Clerk of the District Court, using the CM/ECF system which sent notification of such filing to the following:

                        MANSFIELD, GAUTIER & ROSENTHAL, LLP
                        Attorneys for Plaintiff Andrea J. Nussinow
                        Attn: Lisa Rosenthal, Esq.
                        Bar Roll No.: 700844
                        55 Old Post Road North
                        Red Hook, New York 12571
                        E-mail: rosenthal@mgrlawyer.com

                        MURPHY BURNS LLP
                        By: _____
                            Thomas K. Murphy
                        Bar Roll No. 505396
                        Attorneys for Defendant County of Columbia
                        407 Albany Shaker Road
                        Loudonville, New York 12211
                        Telephone: 518-690-0096
                        E-mail: tmurphy@murphyburnslaw.com