UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ANDREA J. NUSSINOW,

                Plaintiff,                    **STIPULATION**

      -against-                        Civil Case No.: 1:19-cv-332

COUNTY OF COLUMBIA, et al.             (FJS/CFH)

                Defendants.
_____

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, attorneys of record for plaintiff and defendant County of Columbia, that the time for defendant County of Columbia to answer or move with respect to the Complaint (Dkt.No.1) shall be extended until May 17, 2019.

Dated: April 17, 2019            MURPHY BURNS LLP

                                    By: _____
                                    Thomas K. Murphy, Esq.
                                    Bar Roll No.: 505396
                              Attorneys for Defendants
                              407 Albany Shaker Road
                              Loudonville, New York 12211
                              Telephone: 518-690-0096
                              Email: tmurphy@murphyburnslaw.com

Dated: April 17, 2019            MANSFIELD, GAUTIER & ROSENTHAL LLP

                                    By: _____
                                    Lisa Rosenthal, Esq.
                                    Bar Roll No.: 700844
                              Attorneys for Plaintiff
                              55 Old Post Road North
                              Red Hook, New York
                              Telephone: 845-876-1086
                              Email: rosenthal@mgrlawyer.com

Dated: _April 18th_ , 2019        SO ORDERED:

   _Albany_ , New York

*Christian F. Hummel* (signature)

Christian F. Hummel
U.S. Magistrate Judge