UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

ANDREA J. NUSSINOW,

                Plaintiff,                1:19-cv-332 (FJS/CFH)

   - against -

COUNTY OF COLUMBIA, RONALD PEREZ, as
President of the Columbia-Greene Humane Society, Inc.
and in his individual capacity, LEE DELISLE, as
Chief Investigator for the Columbia-Greene Humane
Society, Inc. and in his individual capacity, and
COLUMBIA-GREENE HUMANE SOCIETY, INC., doing
business as the Columbia-Greene Humane Society/SPCA,

                Defendants.

-------------------------------------------------------------------x

## WAIVER OF THE SERVICE OF SUMMONS

FROM:     Lee DeLisle

TO:        Lisa Rosenthal, Esq.
             Mansfield, Gautier & Rosenthal LLP
             P.O. Box 3
             Red Hook, New York 12571

     I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

     I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within sixty (60) days from **March 19, 2019**, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____4/18_____, 2019
Print Date Signed

_____
Signature of Attorney or Unrepresented Party

Miranda Slone Sklarin Verveniotis LLP by Richard S. Sklarin
Print Signer's Name

570 Taxter Road, Suite 561, Elmsford, NY 10523
Print Signer's Address

rsklarin@mssv.com
Print Signer's Email Address, if Any

(914) 345-6510
Print Signer's Telephone Number