UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ANDREA J. NUSSINOW,

                Plaintiff,

  -against-

COUNTY OF COLUMBIA, RONALD PEREZ, as President of the Columbia-Greene Humane Society, Inc., and in his individual capacity, LEE DELISLE, as Chief Investigator for the Columbia-Greene Humane Society, Inc., and in his individual capacity, and COLUMBIA-GREENE HUMANE SOCIETY, INC., doing business as the Columbia-Greene Humane Society/SPCA,

                Defendants.

**NOTICE OF MOTION**

Case No.: 1:19-cv-332

(FJS/CFH)

---

| | |
|---|---|
| MOTION BY: | Defendant, County of Columbia. |
| RETURN DATE, TIME and PLACE: | Friday, June 28, 2019 at 10:00 a.m., before Hon. Frederick J. Scullin, Jr., United States District Court, Northern District of New York, James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York 12207. |
| SUPPORTING PAPERS: | Affidavit of Thomas K. Murphy, Esq. and Memorandum of Law. |
| RELIEF DEMANDED: | An Order pursuant to FRCP 12(b)(6) granting defendant's Motion to Dismiss and for such other and further relief as the Court may deem proper. |
| RESPONDING PAPERS: | Response to Motion due by June 11, 2019. |

Dated: May 15, 2019

MURPHY BURNS LLP

By: _/s/ Thomas K. Murphy/_
Thomas K. Murphy
Bar Roll No.: 505396
Attorneys for Defendant County of Columbia
407 Albany Shaker Road
Loudonville, New York 12211
Telephone: 518-690-0096
Email: tmurphy@murphyburnslaw.com

TO:    MANSFIELD, GAUTIER & ROSENTHAL, LLP
          Attorneys for Plaintiff Andrea J. Nussinow
          Attn.:  Lisa Rosenthal, Esq.
                 Bar Roll No.: 700844
          55 Old Post Road North
          P.O. Box 3
          Red Hook, New York 12571
          Email: rosenthal@mgrlawyer.com