UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ANDREA J. NUSSINOW,

                    Plaintiff,

-against-

COUNTY OF COLUMBIA, RONALD PEREZ, as
President of the Columbia-Greene Humane Society, Inc.
and in his individual capacity, LEE DELISLE, as
Chief Investigator for the Columbia-Greene Humane
Society, Inc. and in his individual capacity, and
COLUMBIA-GREENE HUMANE SOCIETY, INC.,
doing business as the Columbia-Greene Humane
Society/SPCA,

                    Defendants.

**CERTIFICATE OF SERVICE**

Case No.: 1:19-cv-332

(FJS/CFH)

---

      I hereby certify that on May 15, 2019 I electronically filed a Notice of Motion, Attorney Affidavit and a Memorandum of Law in support of Defendant, County of Columbia's, Motion to Dismiss with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

            Mansfield, Gautier & Rosenthal, LLP
            Attorneys for Plaintiff Andrea J. Nussinow
            Attn.: Lisa Rosenthal, Esq.
            Bar Roll No.: 700844
            55 Old Post Road North, P.O. Box 3
            Red Hook, New York 12571
            Email: rosenthal@mgrlawyer.com

            _/s/ Thomas K. Murphy_
            Thomas K. Murphy
            Bar Roll No. 505396
            Attorney for Defendant County of Columbia
            MURPHY BURNS LLP
            407 Albany Shaker Road
            Loudonville, New York 12211
            Telephone: 518-690-0096
            E-mail: tmurphy@murphyburnslaw.com