UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ANDREA J. NUSSINOW,

                Plaintiff,

                -against-

COUNTY OF COLUMBIA, RONALD PEREZ, as President of the Columbia-Greene Humane Society, Inc. and in his individual capacity, LEE DELISLE, as Chief Investigator for the Columbia-Greene Humane Society, Inc. and in his individual capacity, and COLUMBIA-GREENE HUMANE SOCIETY, INC., doing business as the Columbia-Greene Humane Society/SPCA

                Defendants.
------------------------------------------------------------------------x

Docket No.: 1:19-cv-332 (FJS/CFH)

**NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION**

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, oral examination of plaintiff will be taken before a Notary Public who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, at the offices of MIRANDA SLONE SKLARIN VERVENIOTIS LLP, located at 570 Taxter Road, Suite 561, Elmsford, New York, on the 2ND day of September, 2019, at 10:00 o'clock in the forenoon of that day with respect to evidence material and necessary in the prosecution-defense of this action:

That the said person to be examined are required to produce at such examination the following: all books, records, documents and papers relating to the facts and circumstances herein, and relevant to said action and the issues therein.

Dated: Elmsford, New York
       May 20, 2019

                                               **Yours, etc.,**

                                               **MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

                                             By: _____
                                             Richard S. Sklarin (RSS-1017)
                                             Attorneys for Defendants
                                             **RONALD PEREZ, as President of the Columbia-Greene Humane Society, Inc. and in his individual capacity, LEE DELISLE, as Chief Investigator for the Columbia-Greene Humane Society, Inc. and in his individual capacity, and COLUMBIA-GREENE HUMANE SOCIETY, INC., doing business as the Columbia-Greene Humane Society/SPCA**
                                             570 Taxter Road, Suite 561
                                             Elmsford, New York 10523
                                             (914) 345-6510
                                             Our File No.: 18-103W

TO:   **MANSFIELD, GAUTIER & ROSENTHAL LLP**
       Lisa Rosenthal, Esq.
       Attorneys for Plaintiff
       ANDREA J. NUSSINOW
       55 Old Post Road North
       P.O. Box 3
       Red Hook, New York 12571
       (845) 876-1086