## Mansfield, Gautier & Rosenthal LLP
Attorneys at Law

June 11, 2019

**<u>VIA ECF</u>**

Honorable Frederick J. Scullin, Jr.
Senior United States District Judge
United States District Court for the
 Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7255
Syracuse, New York 13261-7255

   Re: *Nussinow v. County of Columbia, et al.*; 1:19-cv-332 (FJS/CFH)

Dear Judge Scullin:

  This firm represents Plaintiff in the above-referenced action pending before the Court. Pursuant to Rule 7.1(j) of the Local Rules of Practice of the U.S. District Court for the Northern District of New York, I write to notify the Court of the adjournment of the motion of Defendant County of Columbia (the "County") to dismiss the complaint. The motion is returnable before Your Honor, on submission, on June 28, 2019. I write with the consent of Thomas K. Murphy, Esq., lead counsel for the County, who has agreed to my request for an adjournment.

  Mr. Murphy and I have agreed to the following schedule: (i) the new return date is July 26, 2019; (ii) the date by which Plaintiff must serve and file her opposition papers is July 2, 2019; and (iii) the date by which the County must serve and file its reply papers is July 15, 2019. This schedule will result in the return date being less than thirty-one days from the original return date of the motion and all papers will be submitted within eleven days of the return date. No previous adjournments of this motion have been requested or granted.

  We thank the Court for its attention to this matter.

               Respectfully,

               Lisa Rosenthal

cc: Thomas K. Murphy, Esq. (by ECF)
   Richard S. Sklarin, Esq. (by ECF)

P.O. Box 3 (mail)
55 Old Post Road North (deliveries)
Red Hook, New York  12571

(845) 876-2300 · info@mgrlawyer.com · www.mgrlawyer.com
