UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ANDREA J. NUSSINOW,

                    Plaintiff,

                    Case No.: 1:19-cv-332

-against-

                    (FJS/CFH)

COUNTY OF COLUMBIA, RONALD PEREZ, as
President of the Columbia-Greene Humane Society, Inc.
and in his individual capacity, LEE DELISLE, as
Chief Investigator for the Columbia-Greene Humane
Society, Inc. and in his individual capacity, and
COLUMBIA-GREENE HUMANE SOCIETY, INC.,
doing business as the Columbia-Greene Humane
Society/SPCA,

                    Defendants.

---

      I hereby certify that on April 2, 2020 I electronically filed an Answer to plaintiff's Complaint on behalf of defendant, County of Columbia, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

                Mansfield, Gautier & Rosenthal, LLP
                Attorneys for Plaintiff Andrea J. Nussinow
                Attn.:  Lisa Rosenthal, Esq.
                       Bar Roll No.: 700844
                55 Old Post Road North, P.O. Box 3
                Red Hook, New York 12571
                Email: rosenthal@mgrlawyer.com

                and

                Miranda Slone Sklarin Verveniotis LLP
                Attorneys for Defendants Perez, DeLisle and
                Columbia-Greene Humane Society, Inc.
                Attn.:  Richard S. Sklarin, Esq.
                       Bar Roll No.: 515930
                570 Taxter Road, Suite 561
                Elmsford, New York 10523
                Email: rsklarin@msssv.com

MURPHY BURNS LLP

By: _____
Thomas K. Murphy
Bar Roll No. 505396
Attorney for Defendant County of Columbia
407 Albany Shaker Road
Loudonville, New York 12211
Telephone: 518-690-0096
E-mail: tmurphy@murphyburnslaw.com