# MURPHY BURNS LLP

ATTORNEYS AND COUNSELORS AT LAW

407 ALBANY SHAKER ROAD
LOUDONVILLE, NEW YORK 12211
518.690.0096
FAX 518.690.0053

JAMES J. BURNS
THOMAS K. MURPHY
STEPHEN M. GROUDINE

WILLIAM J. MURPHY
1926-2006

May 1, 2020

Hon. Christian F. Hummel
U.S. Magistrate Judge
U.S.D.C., N.D.N.Y.
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, New York 12207-2936

LETTER REQUEST

    Re: Andrea J. Nussinow v. Columbia Co., et al.
    Case No.: 1:19-cv-332 (FJS/CFH)

Dear Judge Hummel:

    Pursuant to the discussions had in the Rule 16 teleconference held this morning in the above-entitled matter, we have confirmed that the Columbia County District Attorney will provide copies of the case file and grand jury materials related to the underlying prosecution of plaintiff in response to a judicial subpoena from this Court. Accordingly we submit herewith a proposed subpoena for said materials to be "So Ordered" by Your Honor, if the same is in acceptable form.

    Thank you for your kind consideration of this request.

Respectfully submitted,

MURPHY BURNS LLP

By: Thomas K. Murphy

TKM/pak
c: Lisa Rosenthal, Esq. (via CM/ECF)
   Richard S. Sklarin, Esq. (via CM/ECF)