UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ANDREA J. NUSSINOW,
    Plaintiff,
vs.

COUNTY OF COLUMBIA, RONALD PEREZ as President of the Columbia-Greene Humane Society Inc., and in his individual capacity, LEE DELISLE as Chief Investigator for the Columbia-Greene Humane Society Inc., and in his individual capacity, and COLUMBIA-GREENE HUMANE SOCIETY INC., doing business as the Columbia-Greene Humane Society/SPCA,
    Defendants.

Docket No.: 19-CV-00332 (TJM) (CFH)

**STIPULATION & ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND IN FAVOR OF CERTAIN DEFENDANTS ONLY**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, Andrea J. Nussinow ("Nussinow"), and Defendants, Ronald Perez, Lee Delisle, and Columbia-Greene Humane Society Inc. ("SPCA Defendants"), in the instant civil action, all together "Stipulating Parties", that:

**WHEREAS**, none of the Stipulating Parties is an infant or incompetent person for whom a committee has been appointed;

**NOW THEREFORE**, the above entitled action be and the same, hereby, is voluntarily dismissed against the SPCA Defendants, by Plaintiff, without prejudice, and not on the merits, and with the Stipulating Parties each bearing their own respective attorneys' fees, disbursements, and costs incurred in this action, and with the Stipulating Parties foregoing any application pursuant to FRCP Rule 54 for counsel fees, and;

The Stipulating Parties request that the Court "so order" the instant Stipulation & Order, and it is;

**FURTHER STIPULATED AND AGREED**, that: If Plaintiff, in her unfettered discretion, recommences the instant civil action no later than 60 days from the full and final termination of the criminal case captioned: <u>PEOPLE v. Andrea Nussinow</u>, now pending in the Town of Ghent Justice Court, and now alleging 35 counts of a violation of NYS Agriculture and Markets Law section 353 ("Criminal Case"), then:

1- The SPCA Defendants shall not interpose in said recommenced civil action, the passage of time adversely to Plaintiff, including but not limited to interposing any and all Statute(s) of Limitation(s), Statute(s) of Repose, Latches, and untimely filing and service of any and all Notice(s) of Claim(s) defenses;

2- The SPCA Defendants shall not raise the provisions of FRCP Rule 41(d) in said recommenced civil action adversely to Plaintiff.

This Stipulation & Order may be filed without further notice with the Clerk of the Court. This Stipulation & Order may be executed and filed in counterparts, which when taken together shall equal the whole, and a facsimile signature shall be valid as a pen and ink signature.

_____X Date: February 23, 2022
Pascazi Law Offices PLLC, Attorneys for Plaintiff
Michael S. Pascazi, ESQ.


_____X Date: February ____, 2022
Miranda Slone Sklarin Verveniotis LLP, Attorneys for Defendants, Ronald Perez, Lee Delisle, and Columbia-Greene Humane Society Inc.
Richard S. Sklarin, ESQ.

**IT IS "SO ORDERED":**


Dated: _____ _____, 2022



_____X
Thomas J. McAvoy
Senior United States District Judge

1- The SPCA Defendants shall not interpose in said recommenced civil action, the passage of time adversely to Plaintiff, including but not limited to interposing any and all Statute(s) of Limitation(s), Statute(s) of Repose, Latches, and untimely filing and service of any and all Notice(s) of Claim(s) defenses;

2- The SPCA Defendants shall not raise the provisions of FRCP Rule 41(d) in said recommenced civil action adversely to Plaintiff.

This Stipulation & Order may be filed without further notice with the Clerk of the Court. This Stipulation & Order may be executed and filed in counterparts, which when taken together shall equal the whole, and a facsimile signature shall be valid as a pen and ink signature.

_____X Date: February _____, 2022
Pascazi Law Offices PLLC, Attorneys for Plaintiff
Michael S. Pascazi, ESQ.

_____X Date: February 23, 2022
Miranda Slone Sklarin Verveniotis LLP, Attorneys for Defendants, Ronald Perez, Lee Delisle, and Columbia-Greene Humane Society Inc.
Richard S. Sklarin, ESQ.

IT IS "SO ORDERED":

Dated: __February_____ __24__, 2022

_____X
Thomas J. McAvoy
Senior United States District Judge